| | |
|---|---|
| 1 | LUANNE SACKS (SBN 120811) |
| | luanne.sacks@dlapiper.com |
| 2 | DEBORAH E. MCCRIMMON (SBN 229769) |
| | deborah.mccrimmon@dlapiper.com |
| 3 | VISHALI SINGAL  (SBN 267481) |
| | vishali.singal@dlapiper.com |
| 4 | **DLA PIPER LLP (US)** |
| | 555 Mission Street, Suite 2400 |
| 5 | San Francisco, CA  94105-2933 |
| | Tel: 415.836.2500 |
| 6 | Fax: 415.836.2501 |
| 7 | Attorneys for Defendants |
| | T. ROWE PRICE GROUP, INC.; T. ROWE PRICE |
| 8 | INVESTMENT SERVICES, INC.; T. ROWE |
| | PRICE SERVICES, INC.; T. ROWE PRICE |
| 9 | TRUST COMPANY |

FILED
2011 JUN -9  A 11: 12
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 15 | ASHLEY MORRISON, | CV 11 2813 CASE NO. _____ JSC |
| 16 | Plaintiff, | (Marin County Superior Court Case No. CIV 1102308) |
| 17 | v. | |
| 18 | T. ROWE PRICE GROUP, INC.; T. ROWE PRICE INVESTMENT SERVICES, INC.; T. ROWE PRICE SERVICES, INC.; T. ROWE PRICE TRUST COMPANY; and DOES 1-10, | **DEFENDANTS' FED. R. CIV. PROC. RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |
| 21 | Defendants. | |

23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

DLA PIPER LLP (US)
SAN FRANCISCO

-1-

WEST\223651969.1

RULE 7.1 CORPORATE DISCLOSURE STATEMENT

1  Defendants T. Rowe Price Group, Inc.; T. Rowe Price Investment Services, Inc.; T. Rowe
2  Price Services, Inc.; and T. Rowe Price Trust Company (collectively, "Defendants") file this
3  corporate disclosure statement pursuant to Federal Rule of Civil Procedure 7.1. Defendant T.
4  Rowe Price Group, Inc. is the holding company for Defendants T. Rowe Price Investment
5  Services, Inc., T. Rowe Price Services, Inc. and T. Rowe Price Trust Company. There is no
6  publicly held corporation owning 10% or more of any of Defendants' stock.

8  Dated: June __, 2011

DLA PIPER LLP (US)

By _____
LUANNE SACKS
DEBORAH E. MCCRIMMON
VISHALI SINGAL
Attorneys for Defendants
T. ROWE PRICE GROUP, INC., T. ROWE PRICE INVESTMENT SERVICES, INC., T. ROWE PRICE SERVICES, INC., T. ROWE PRICE TRUST COMPANY