1 | LUANNE SACKS (SBN 120811)
luanne.sacks@dlapiper.com
2 | DEBORAH E. MCCRIMMON (SBN 229769)
deborah.mccrimmon@dlapiper.com
3 | VISHALI SINGAL (SBN 267481)
vishali.singal@dlapiper.com
4 | **DLA PIPER LLP (US)**
555 Mission Street, Suite 2400
5 | San Francisco, CA 94105-2933
Tel: 415.836.2500
6 | Fax: 415.836.2501

7 | Attorneys for Defendants
T. ROWE PRICE GROUP, INC.; T. ROWE PRICE
8 | INVESTMENT SERVICES, INC.; T. ROWE
PRICE SERVICES, INC.; T. ROWE PRICE
9 | TRUST COMPANY

FILED
2011 JUN -9 A 11: 15
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASHLEY MORRISON, | CASE NO. **11 2813** JSC |
| Plaintiff, | (Marin County Superior Court Case No. CIV 1102308) |
| v. | **DECLARATION OF LOUISE DUVALL IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL** |
| T. ROWE PRICE GROUP, INC.; T. ROWE PRICE INVESTMENT SERVICES, INC.; T. ROWE PRICE SERVICES, INC.; T. ROWE PRICE TRUST COMPANY; and DOES 1-10, | |
| Defendants. | |

I, Louise Duvall, declare:

1. I am an employee of T. Rowe Price Associates, Inc. ("TRP Associates") in the Corporate Records department and have held that position since October 2000. I have personal knowledge of the matters set forth in this declaration and am authorized to make this

declaration on behalf of Defendants T. Rowe Price Group, Inc. and T. Rowe Price Trust Company. If called as a witness, I could and would competently testify to these matters.

2. My employer, TRP Associates, is a wholly-owned subsidiary of Defendant T. Rowe Price Group, Inc.

3. Defendant T. Rowe Price Trust Company is also a wholly-owned subsidiary of TRP Associates.

4. On or about May 16, 2011, I opened a package sent via certified mail to Barbara Van Horn, corporate secretary of T. Rowe Price Group, Inc. Inside the package was a Summons to Defendant T. Rowe Price Group, Inc. in the matter of *Ashley Morrison v. T. Rowe Price Group Inc.; T. Rowe Price Investment Services, Inc.; T. Rowe Price Services, Inc.; T. Rowe Price Trust Company; and Does 1-10*," designated as Case No. CIV 1102308. Also included in the package was a Complaint, a civil case cover sheet, Notice to Plaintiffs, and Notice of Case Management Conference. Also included in the package were the following blank forms: Stipulation to Use of Alternative Dispute Resolution Process, Ex Parte Application for Extension of Time to Serve Pleading and Orders, Case Management Statement, Notice of Stay of Proceedings, Notice of Termination or Modification of Stay, Notice of Settlement of Entire Case, Statement of Agreement or Non-Agreement, Proof of Service for Statement of Agreement or Non-Agreement, and ADR Information Form.

5. On or about May 16, 2011, I opened a second package sent via certified mail to Barbara Van Horn, corporate secretary of T. Rowe Price Group, Inc. Inside the package was a Summons to Defendant T. Rowe Price Trust Company in the matter of *Ashley Morrison v. T. Rowe Price Group Inc.; T. Rowe Price Investment Services, Inc.; T. Rowe Price Services, Inc.; T. Rowe Price Trust Company; and Does 1-10*," designated as Case No. CIV 1102308. Also included in the package was a Complaint, a civil case cover sheet, Notice to Plaintiffs, and Notice

1  of Case Management Conference. Also included in the package were the following blank forms:
2  Stipulation to Use of Alternative Dispute Resolution Process, Ex Parte Application for Extension
3  of Time to Serve Pleading and Orders, Case Management Statement, Notice of Stay of
4  Proceedings, Notice of Termination or Modification of Stay, Notice of Settlement of Entire Case,
5
6  Statement of Agreement or Non-Agreement, Proof of Service for Statement of Agreement or
7  Non-Agreement, and ADR Information Form.

8      I declare under penalty of perjury under the laws of the State of California and of the
9  United States of America that the foregoing is true and correct and that this declaration was
10 executed on June _\_, 2011 in Baltimore, Maryland.

12 Dated: June _\_, 2011

14                                                                           By _____
                                                                                  Louise Duvall