IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASHLEY MORRISON,<br><br>  Plaintiff,<br><br>v.<br><br>T. ROWE PRICE GROUP, INC.; T. ROWE PRICE INVESTMENT SERVICES, INC.; T. ROWE PRICE SERVICES, INC.; T. ROWE PRICE TRUST COMPANY; and DOES 1-10,<br><br>  Defendants. | CASE NO. C11-2813 EMC<br><br>[PROPOSED] ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY<br><br>Date: Friday, September 23, 2011<br>Time: 9:00 am<br>Courtroom: 5<br>Judge: Edward M. Chen |

Upon the request of T. Rowe Price Group, Inc., T. Rowe Price Investment Services, Inc., T. Rowe Price Services, Inc., and T. Rowe Price Trust Company ("T. Rowe Price") for its counsel, Ms. Allison L. Kierman, to appear telephonically at the September 23, 2011 Case Management Conference, and for good cause appearing therefore, the Court having considered the papers submitted,

IT IS HEREBY ORDERED that T. Rowe Price's request is granted and Ms. Kierman may appear telephonically for the September 23, 2011 Case Management Conference.

Dated  9/19/11
_____

_____
Honorable Judge Edward M. Chen

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DLA PIPER LLP (US)
EAST PALO ALTO

-1-
PROPOSED ORDER GRANTING REQUEST TO APPEAR
TELEPHONICALLY CASE NO. C11-2813 EMC

**CERTIFICATE OF SERVICE**

I hereby certify that I served a true and correct copy of the foregoing on Plaintiff's counsel of record via filing with the United States District Court for the Northern District of California's CM/ECF filing system on September 16, 2011.

/s/ Keith Nesbit