| | |
|---|---|
| LUANNE SACKS (SBN 120811)<br>luanne.sacks@dlapiper.com<br>DEBORAH E. MCCRIMMON (SBN 229769)<br>deborah.mccrimmon@dlapiper.com<br>VISHALI SINGAL (SBN 267481)<br>vishali.singal@dlapiper.com<br>**DLA PIPER LLP (US)**<br>555 Mission Street, Suite 2400<br>San Francisco, CA 94105-2933<br>Tel: 415.836.2500<br>Fax: 415.836.2501<br><br>ALLISON L. KIERMAN (admitted *pro hac vice*)<br>allison.kierman@dlapiper.com<br>**DLA PIPER LLP (US)**<br>2525 East Camelback Road, Ste 1000<br>Phoenix, AZ 85016-4232<br>Tel: 480.606.5100<br>Fax: 480.606.5101<br><br>Attorneys for Defendants<br>T. ROWE PRICE GROUP, INC.; T. ROWE PRICE INVESTMENT SERVICES, INC.; T. ROWE PRICE SERVICES, INC.; T. ROWE PRICE TRUST COMPANY | STEVEN S. KAUFHOLD (SBN 157195)<br>skaufhold@kaufholdgaskin.com<br>JONATHAN B. GASKIN (SBN 203625)<br>jgaskin@kaufholdgaskin.com<br>**KAUFHOLD GASKIN LLP**<br>388 Market St., Suite 1300<br>San Francisco, CA 94111<br>T: 415-944-9402<br>F: 415-874-1071<br><br>Attorneys for Plaintiff<br>ASHLEY MORRISON |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASHLEY MORRISON,<br><br>    Plaintiff,<br><br>    v.<br><br>T. ROWE PRICE GROUP, INC.;<br>T. ROWE PRICE INVESTMENT<br>SERVICES, INC.; T. ROWE PRICE<br>SERVICES, INC.; T. ROWE PRICE<br>TRUST COMPANY; and DOES 1-10,<br><br>    Defendants. | CASE NO. C11-2813 EMC<br><br>**JOINT STIPULATION AND ~~PROPOSED~~ ORDER STAYING CASE**<br><br>Courtroom: 5 - 17th Floor<br>Judge: Edward M. Chen |

-1-

STIPULATED STAY
CASE NO. C11-2813 EMC

Subject to the approval of the Court, the parties, by and through their undersigned counsel, hereby submit this Joint Stipulation and Proposed Order Staying the Case.

**STIPULATION**

WHEREAS, plaintiff Ashley Morrison is concurrently involved in the case *Morrison v. Morrison*, Case No. CV-10-1125, currently pending in the Circuit Court of Mobile County, Alabama (the "Alabama Matter");

WHEREAS, the parties agree that the outcome of the Alabama Matter will impact this matter and the scope of discovery;

WHEREAS, on October 27, 2011, this Court stayed this case to June 11, 2012, pursuant to a Joint Stipulation entered on October 25, 2011 by and between the parties in light of that pending Alabama Matter;

WHEREAS, trial in the Alabama Matter appeared likely to commence within the first quarter of 2012 but has now been set for August 20, 2012;

WHEREAS, the parties wish to avoid needless expenditure of court and party resources on discovery and other matters that may be clarified or resolved through the resolution of the Alabama Matter;

WHEREAS, other pending matters, including pre-planned vacation, would prejudice at least one of the parties if the matter were resumed prior to October 1, 2012;

NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for all parties, that:

1. All activity in this matter, including all deadlines, discovery, limitations periods, mediation, amendments, and all other matters and activities, shall be stayed until October 1, 2012.

SO STIPULATED.

Dated: May 15, 2012

DLA PIPER LLP (US)

By /s/ Vishali Singal
   VISHALI SINGAL
   Attorneys for Defendants
   T. ROWE PRICE GROUP, INC., T. ROWE PRICE INVESTMENT SERVICES, INC., T. ROWE PRICE SERVICES, INC., T. ROWE PRICE TRUST COMPANY

Dated: May 15, 2012

KAUFHOLD GASKIN LLP

By /s/ Steven Kaufhold
   STEVEN KAUFHOLD
   JONATHAN GASKIN
   Attorneys for Plaintiff
   ASHLEY MORRISON

**ORDER**

PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, THE COURT ORDERS:

1. All activity in this matter, including all deadlines, discovery, limitations periods, mediation, amendments, and all other matters and activities, shall be stayed until October 1, 2012. The CMC is reset from 6/22/12 to 10/26/12 at 9:00 a.m.

Dated May 22, 2012

By _____
Edward M. Chen
United States District Judge

*IT IS SO ORDERED AS MODIFIED* — Judge Edward M. Chen

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing on Defendants' counsel of record via filing with the United States District Court for the Northern District of California's CM/ECF filing system on May 21, 2011.

> By /s/ Clara Jung
> CLARA JUNG
> Attorney for Plaintiff
> ASHLEY MORRISON