LUANNE SACKS (SBN 120811)
luanne.sacks@dlapiper.com
DEBORAH E. MCCRIMMON (SBN 229769)
deborah.mccrimmon@dlapiper.com
VISHALI SINGAL (SBN 267481)
vishali.singal@dlapiper.com
**DLA PIPER LLP (US)**
555 Mission Street, Suite 2400
San Francisco, CA 94105-2933
Tel: 415.836.2500
Fax: 415.836.2501

ALLISON L. KIERMAN (admitted *pro hac vice*)
allison.kierman@dlapiper.com
**DLA PIPER LLP (US)**
2525 East Camelback Road, Ste 1000
Phoenix, AZ 85016-4232
Tel: 480.606.5100
Fax: 480.606.5101

Attorneys for Defendants
T. ROWE PRICE GROUP, INC.; T. ROWE PRICE INVESTMENT SERVICES, INC.; T. ROWE PRICE SERVICES, INC.; T. ROWE PRICE TRUST COMPANY

STEVEN S. KAUFHOLD (SBN 157195)
skaufhold@kaufholdgaskin.com
JONATHAN B. GASKIN (SBN 203625)
jgaskin@kaufholdgaskin.com
**KAUFHOLD GASKIN LLP**
388 Market St., Suite 1300
San Francisco, CA 94111
Tel: 415.944.9402
Fax: 415.874.1071

Attorneys for Plaintiff
ASHLEY MORRISON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASHLEY MORRISON, <br><br> Plaintiff, <br><br> v. <br><br> T. ROWE PRICE GROUP, INC.; T. ROWE PRICE INVESTMENT SERVICES, INC.; T. ROWE PRICE SERVICES, INC.; T. ROWE PRICE TRUST COMPANY; and DOES 1-10, <br><br> Defendants. | CASE NO. C11-2813 EMC <br><br> **STIPULATION AND [P~~RO~~PO~~O~~SED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE DATE AND CORRESPONDING DEADLINES** <br><br> _____ <br> Courtroom: 5 – 17th Floor _____ <br> Judge: Edward M. Chen _____ |

1   Subject to the approval of the Court, the parties, by and through their undersigned counsel,
2   hereby submit this Stipulation and [Proposed] Order to Continue Case Management Conference
3   Date and Corresponding Deadlines.

4   **STIPULATION**

5   WHEREAS, the parties previously sought to stay this matter pending full resolution of the
6   matter entitled *Morrison v. Morrison*, Case No. CV-10-1125, currently pending in the Circuit
7   Court of Mobile County, Alabama (the "Alabama Matter");

8   WHEREAS, plaintiff Ashley Morrison is a party to the Alabama Matter, and other similar
9   matters pending in Alabama, which may be consolidated with the Alabama Matter;

10  WHEREAS, the Alabama Matter, and other similar matters pending in Alabama, remain
11  pending;

12  WHEREAS, the parties in this action have yet to determine whether a final settlement or
13  order of dismissal has been entered in the Alabama Matter and other similar matters pending in
14  Alabama;

15  WHEREAS, the parties in this action require additional time to determine a revised
16  discovery schedule suitable for both parties;

17  WHEREAS, other pending matters, including work conferences, would prejudice at least
18  one of the parties if the Case Management Conference in this matter occurred prior to November
19  30, 2012;

20  WHEREAS, on October 23, 2012, this Court emailed counsel for both parties requesting
21  that the parties e-file a stipulation to reset the date of the Case Management Conference currently
22  scheduled for October 26, 2012, if further time is needed by the parties;

23  WHEREAS, the parties' request to continue the Case Management Conference currently
24  scheduled for October 26, 2012 is the third time the parties have requested a time modification in
25  this matter. Upon the parties' stipulation, on October 27, 2011, this Court entered an Order
26  staying the case until June 11, 2012, and on May 22, 2012, this Court entered an Order staying
27  the case until October 1, 2012.

28

DLA Piper LLP (US)

-2-

EAST\52618040.1         STIPULATION AND [PROPOSED] ORDER TO CONTINUE CMC
                        CASE NO. C11-2813 EMC

1  NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED, by and between the
2  undersigned counsel for all parties, that:
3  Subject to the approval of the Court, the Case Management Conference currently
4  scheduled in this matter for October 26, 2012 shall be rescheduled to November 30, 2012 at 9:00
5  a.m., or such other date and time as the Court shall order, and all corresponding deadlines shall be
6  continued by 35 days.

8  IT IS SO STIPULATED.

Dated: October 24, 2012

DLA PIPER LLP (US)

By /s/ Vishali Singal
VISHALI SINGAL
Attorneys for Defendants
T. ROWE PRICE GROUP, INC., T. ROWE
PRICE INVESTMENT SERVICES, INC., T.
ROWE PRICE SERVICES, INC., T. ROWE
PRICE TRUST COMPANY

Dated: October 24, 2012

KAUFHOLD GASKIN LLP

By /s/ Jonathan Gaskin
STEVEN KAUFHOLD
JONATHAN GASKIN
Attorneys for Plaintiff
ASHLEY MORRISON

-3-

1  I, Vishali Singal, am the ECF user whose identification and password are being used to
2  file the foregoing STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE
3  MANAGEMENT CONFERENCE DATE AND CORRESPONDING DEADLINES.  In
4  compliance with General Order 45, X.B., I hereby attest that the above-referenced signatories to
5  this stipulation have concurred in this filing.

## **ORDER**

The parties' Case Management Conference is hereby extended to __November 30__,
2012 at __9:00 am__, and all corresponding dates are hereby continued by 35 days.

IT IS SO ORDERED.

DATED: __October 24__, 2012

**IT IS SO ORDERED AS MODIFIED**

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CERTIFICATE OF SERVICE**

I hereby certify that I served a true and correct copy of the foregoing on Plaintiff's counsel of record via filing with the United States District Court for the Northern District of California's CM/ECF filing system on October 24, 2012.

/s/ Keith Nesbit