STEVEN S. KAUFHOLD (SBN 157195)
skaufhold@kaufholdgaskin.com
JONATHAN B. GASKIN (SBN 203625)
jgaskin@kaufholdgaskin.com
**KAUFHOLD GASKIN LLP**
388 Market St., Suite 1300
San Francisco, CA 94111
T: 415-944-9402
F: 415-874-1071

Attorneys for Plaintiff
ASHLEY MORRISON

LUANNE SACKS (SBN 120811)
luanne.sacks@dlapiper.com
DEBORAH E. MCCRIMMON (SBN 229769)
deborah.mccrimmon@dlapiper.com
VISHALI SINGAL (SBN 267481)
vishali.singal@dlapiper.com
**DLA PIPER LLP (US)**
555 Mission Street, Suite 2400
San Francisco, CA 94105-2933
Tel: 415.836.2500
Fax: 415.836.2501

ALLISON L. KIERMAN (admitted *pro hac vice*)
allison.kierman@dlapiper.com
**DLA PIPER LLP (US)**
2525 East Camelback Road, Ste 1000
Phoenix, AZ 85016-4232
Tel: 480.606.5100
Fax: 480.606.5101

Attorneys for Defendants
T. ROWE PRICE GROUP, INC.;
T. ROWE PRICE INVESTMENT SERVICES, INC.; T. ROWE PRICE SERVICES, INC.; T. ROWE PRICE TRUST COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASHLEY MORRISON,<br><br>    Plaintiff,<br><br>    v.<br><br>T. ROWE PRICE GROUP, INC.;<br>T. ROWE PRICE INVESTMENT SERVICES, INC.; T. ROWE PRICE SERVICES, INC.; T. ROWE PRICE TRUST COMPANY; and DOES 1-10,<br><br>    Defendants. | CASE NO. C11-2813 EMC<br><br>**JOINT STIPULATION TO EXTEND ALL DEADLINES AND ~~PROPO~~SED ORDER**<br><br>Date: TBD<br>Time: TBD<br>Dept:<br>Judge: Edward M. Chen |

-1-

1  Subject to the approval of the Court, the parties, by and through their undersigned counsel,
2  hereby submit this Joint Stipulation to Extend All Deadlines and Proposed Order.

## STIPULATION

5  WHEREAS, Defendants T. Rowe Price Group, Inc. et al. have recently changed counsel,
6  substituting Murchison & Cumming LLP for DLA Piper LLP;

7  WHEREAS, Defendants' new counsel has requested an extension to ensure a smooth
8  transition;

9  WHEREAS, multiple deadlines for discovery and case management are imminent;

10 WHEREAS, the parties agree that the case process will progress more smoothly and more
11 efficiently if the requested extension of time is granted;

12 NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED, by and between the
13 undersigned counsel for all parties, that:

14    1.   All activity in this matter, including all deadlines, discovery, limitations
15         periods, mediation, amendments, and all other matters and activities, shall
16         be extended by 60 days. Specifically, the upcoming November 21, 2012,
17         deadline to submit a Joint Case Management Conference Statement and
18         November 30, 2012, Case Management Conference shall be extended by
19         60 days, to the following dates most convenient for the court.

20 SO STIPULATED.

Dated: November 20, 2012

DLA PIPER LLP (US)

By /s/ Allison Kierman
ALLISON KIERMAN
Attorneys for Defendants
T. ROWE PRICE GROUP, INC., T. ROWE PRICE INVESTMENT SERVICES, INC., T. ROWE PRICE SERVICES, INC., T. ROWE PRICE TRUST COMPANY

Dated: November 20, 2012

KAUFHOLD GASKIN LLP

By /s/ Jonathan Gaskin
STEVEN KAUFHOLD
JONATHAN GASKIN
Attorneys for Plaintiff
ASHLEY MORRISON

**ORDER**

PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, THE COURT ORDERS:

1. All activity in this matter, including all deadlines, discovery, limitations periods, mediation, amendments, and all other matters and activities, shall be extended by 60 days. Specifically, the upcoming November 21, 2012, deadline to submit a Joint Case Management Conference Statement and November 30, 2012, Case Management Conference shall be extended ~~by 60 days, to the following dates most convenient for the court.~~ 1/31/13 at 9:00 a.m. A joint CMC Statement shall be filed by 1/24/13.

Dated November 26, 2012

By: Edward M. Chen

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

-3-

STIPULATED 60 DAY EXTENSION
CASE NO. C11-2813 EMC

Kaufhold Gaskin LLP

**CERTIFICATE OF SERVICE**

I hereby certify that I served a true and correct copy of the foregoing on Defendants' former counsel of record, DLA Piper LLP, via filing with the United States District Court for the Northern District of California's CM/ECF filing system on November 20, 2012.

I hereby certify that I served a true and correct copy of the foregoing on Defendants' new counsel of record, Murchison & Cumming LLP via U.S. Mail, postage prepaid on November 20, 2012.

By /s/ Catherine M. Chiang
CATHERINE M. CHIANG
Attorney for Plaintiff
ASHLEY MORRISON

Kaufhold Gaskin LLP

-4-

STIPULATED 60 DAY EXTENSION
CASE NO. C11-2813 EMC