IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ASHLEY MORRISON,<br><br>    Plaintiff,<br><br>v.<br><br>T. ROWE PRICE GROUP, INC., *et al.*<br><br>    Defendants. | CASE NO. 3:11-cv-02813-EMC<br><br>**CONSENT ORDER GRANTING SUBSTITUTION OF COUNSEL** |

    Notice is hereby given that, subject to approval by the Court, T. Rowe Price Group, Inc., *et al.*, substitutes Heidi C. Quan, State Bar No. 201003, as counsel of record in place of Luanne Sacks, Vishali Signal, and Allison Kierman of DLA Piper LLP (US).

    Contact information for new counsel is as follows:

> Murchison & Cumming, LLP
> 275 Battery Street, Suite 550
> San Francisco, CA 94111
> Telephone: 415-524-4300
> Facsimile: 415-391-2058
> Email: hquan@murchisonlaw.com

I consent to the above substation.

Dated: 12/6/12      *[signature]* Pamela Conover – T. Rowe Price Group, Inc.

I consent to being substituted.

Dated: 12-7-12      *[signature]* Luanne Sacks – DLA Piper LLP (US)

Dated: 12-7-12      *[signature]* Vishali Singal – DLA Piper LLP (US)

Dated: 12-7-12      *[signature]* Allison L. Kierman – DLA Piper LLP (US)

2
CONSENT ORDER GRANTING SUBSTITUTION OF COUNSEL
CASE NO. 3:11-CV-02813-EMC

I consent to the above substitution.

Dated: 12/10/12

Heidi C. Quan, Esq. – Murchison & Cumming, LLP

The substation of attorney is hereby approved and so ORDERED.

Dated: 1/31/13

**IT IS SO ORDERED**
Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is 275 Battery Street, Suite 550, San Francisco, California 94111.

On December 10, 2012, I served true copies of the following document(s) described as **CONSENT ORDER GRANTING SUBSTITUTION OF COUNSEL** on the interested parties in this action as follows:

### SEE ATTACHED LIST

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Murchison & Cumming's practice for collecting and processing correspondence for mailing. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one business day after the date of deposit for mailing in this declaration.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 10, 2012, at San Francisco, California.

Elizabeth A. Davis

1

**SERVICE LIST**
**Ashley Morrison vs. T. Rowe Price Group, Inc., et al.**

| | |
|---|---|
| Jonathan B. Gaskin<br>Steven S. Kaufhold, Esq.<br>Kaufhold Gaskin, LLP<br>388 Market Street<br>Ste. 1300<br>San Francisco, CA  94111<br>Telephone: 415-944-9403<br>Facsimile: 415-874-1071 | Ashley Morrison |
| Luanne Sacks, Esq.<br>Deborah E. McCrimmon, Esq.<br>Vishali Singal, Esq.<br>DLA Piper, LLP<br>555 Mission Street, Ste. 2400<br>San Francisco, CA  94105<br>Telephone: 415-836-2500<br>Facsimile: 415-836-2501 | T. Rowe Price, Inc., et al. |
| Allison L. Kierman<br>DLA Piper, LLP<br>2525 East Camelback Road, Ste. 1000<br>Phoenix, AZ  85016<br>Telephone: 480-606-5100<br>Facsimile: 480-606-5105 | T. Rowe Price Group, Inc., et al. |