

Embarcadero Center West
275 Battery Street
Suite 550
San Francisco, CA 94111
415.524.4300 Phone
415.391.2058 Fax

www.murchisonlaw.com

**Heidi C. Quan**
hquan@murchisonlaw.com
415.524.4303 Direct Dial

February 26, 2013

**VIA ECF ELECTRONIC SYSTEM**

Magistrate Justice Joseph C. Spero
450 Golden Gate Avenue
San Francisco, CA

Re:   ***Ashley Morrison vs. T. Rowe Price Group, Inc., et al.***
      Our File No:    34127

Dear Judge Spero:

Pursuant to your clerk's instruction, please allow this to serve as a joint request by all parties to allow Diane P. Cragg, Esq. to attend the discovery hearing in the above-referenced matter in place of the undersigned who is lead trial attorney.  Unfortunately, I am not available for the 9:30 a.m. hearing on March 1, 2013 (or any of the alternative dates provided).  However, Ms. Cragg is the attorney who handled the discovery that is in dispute, as well as the subsequent meet and confer efforts.  Ms. Cragg will be fully informed to discuss the matter and will abide and consent to all of the Court's decisions as a result of the hearing.  Opposing counsel has graciously waived attendance of the undersigned as lead trial counsel for the purposes of the March 1, 2013 hearing.  Thus, we respectfully and jointly request the Court's permission to allow Diane P. Cragg, Esq. to represent defendants at the discovery hearing.

Thank you.

Dated: 2/27/13



Very truly yours,

MURCHISON & CUMMING, LLP

*/s/ Heidi C. Quan*

Heidi C. Quan

HCQ:ed

cc:    Jonathan B. Gaskin

LOS ANGELES    ORANGE COUNTY    SAN DIEGO    SAN FRANCISCO    LAS VEGAS



Magistrate Justice Joseph C. Spero
February 26, 2013
Page 2

    Kaufhold Gaskin, LLP

