Valarie H. Jonas (SBN 137525)
   vjonas@murchisonlaw.com
Alicia M. Gurries (SBN 220225)
   agurries@murchisonlaw.com
**MURCHISON & CUMMING, LLP**
275 Battery Street, Suite 550
San Francisco, California 94111
Telephone: (415) 524-4300
Facsimile: (415) 391-2058

Attorneys for Defendants, T. ROWE PRICE GROUP, INC.; T. ROWE PRICE INVESTMENT SERVICES, INC.; T. ROWE PRICE SERVICES, INC.; T. ROWE PRICE TRUST COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ASHLEY MORRISON,<br><br>Plaintiff,<br><br>vs.<br><br>T. ROWE PRICE GROUP, INC.; T. ROWE PRICE INVESTMENT SERVICES, INC.; T. ROWE PRICE SERVICES, INC.; T. ROWE PRICE TRUST COMPANY; and DOES 1-10,<br><br>Defendants. | CASE NO. 3:11-cv-02813-EMC<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE DATE;[PROPOSED] ORDER**<br><br>Complaint Filed: May 6, 2011<br>Trial Date: None |

Subject to the approval of the Court, the parties, Plaintiff ASHLEY MORRISON ("MORRISON") and Defendants T. ROWE PRICE GROUP, INC.; T. ROWE PRICE INVESTMENT SERVICES, INC.; T. ROWE PRICE SERVICES, INC.; T. ROWE PRICE TRUST COMPANY (collectively referred to herein as "T. ROWE PRICE") by and through their designated counsel, hereby submit this Stipulation and [Proposed] Order to Continue the Case Management Conference.

## STIPULATION

WHEREAS, on January 31, 2013, this Court ordered that mediation be completed within 120 days and scheduled a Case Management Conference for July 11, 2013, at 10:30 a.m. (Document No. 41.)

WHEREAS, the Parties have now scheduled mediation for July 15, 2013 at 10:00 a.m., with Mr. Mark Katz in Oakland, California. The Parties have met and conferred and, in the interest of judicial economy and in avoiding unnecessary fees and costs, agree to continue the Case Management Conference briefly to a date after the July 15, 2013 mediation date.

NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for all parties, that:

Subject to the approval of the Court, the Case Management Conference currently scheduled for July 11, 2013 shall be rescheduled to July 25, 2013 at 10:30 a.m. or such other date and time as the Court shall order, to allow the parties to complete mediation. The parties will submit a revised Joint Case Management Conference Statement seven days prior to the Case Management Conference.

IT IS SO STIPULATED.

Dated: April 15, 2013          **KAUFHOLD GASKIN LLP**

_/s/ Steven S. Kaufhold_
Steven S. Kaufhold
Attorneys for Plaintiff ASHLEY MORRISON

Dated: April 15, 2013          **MURCHISON & CUMMING, LLP**

_/s/ Valarie H. Jonas_
Valarie H. Jonas
Attorneys for Defendants, T. ROWE PRICE GROUP, INC; T. ROWE PRICE INVESTMENT SERVICES, INC.; T. ROWE PRICE SERVICES, INC.; T. ROWE PRICE TRUST COMPANY

I, Valarie H. Jonas, am the ECF user whose identification and password are being used to file the foregoing STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE. In compliance with General Order 45, X.B., I hereby attest that the above-referenced signatories to this stipulation have concurred in this filing.

## ORDER

Pursuant to stipulation of Plaintiff MORRISON and Defendants T. ROWE PRICE and good cause existing therefore,

**IT IS HEREBY ORDERED** that the Case Management Conference of July 11, 2013 is continued to _____7/25_____, 2013 at __10:30a.m.__. The parties will submit a revised Joint Case Management Conference Statement by _____7/18_____, 2013.

Dated: ___4/15___, 2013



_____
Hon. Edward M. Chen
United States District Court

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen