UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY MORRISON,<br><br>Plaintiff,<br><br>v.<br><br>T. ROWE PRICE GROUP, INC., et al.,<br><br>Defendants. | Case No. 11-cv-02813-EMC (JCS)<br><br>**ORDER RE JOINT LETTER DISCOVERY BRIEF**<br><br>**Dkt. No. 53** |

On April 25, 2013, the parties filed a Joint Letter Discovery Brief concerning the Court's March 1, 2013 Order After Hearing regarding Plaintiff's Request for Production of Documents. On May 24, 2013, a hearing was held before the undersigned magistrate judge.

For the reasons stated on the record, and good cause shown, IT IS HEREBY ORDERED THAT:

(1) Plaintiff's motion for the production of all privileged communications with current or former counsel in this action, or for their work product, is **DENIED**.

(2) Defendant's motion for the return of inadvertently produced privileged documents is **DENIED**.

IT IS SO ORDERED.

Dated: May 24, 2013

JOSEPH C. SPERO
United States Magistrate Judge