United States District Court
For the Northern District of California

1
2
3
4
5                        UNITED STATES DISTRICT COURT

6                       NORTHERN DISTRICT OF CALIFORNIA

7

8    ASHLEY MORRISON,                        No. C11-2813 EMC

9              Plaintiffs,

10        v.                                 **ORDER VACATING ORDER**
                                             **GRANTING MOTION TO CONTINUE**
11   T. ROWE PRICE GROUP, INC., et al.,      **MEDIATION (Docket #65)**

12             Defendants.
                                     ___/
13   _____

14

15        IT IS HEREBY ORDERED that the Order Granting Motion to Continue Mediation (Docket

16   #65) is hereby **vacated.**  Plaintiffs shall file their opposition by September 16, 2013.  The further

17   CMC remains scheduled for November 21, 2013 at 10:30 a.m.  An updated joint CMC statement

18   shall be filed by November 14, 2013.

19

20   Dated:  September 11, 2013

21

22                                           _____
                                             EDWARD M. CHEN
23                                           United States District Judge

24

25

26

27

28