| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8 | Valarie H. Jonas (SBN 137525)<br>  vjonas@murchisonlaw.com<br>Alicia M. Gurries (SBN 210225)<br>  agurries@murchisonlaw.com<br>**MURCHISON & CUMMING, LLP**<br>275 Battery Street, Suite 550<br>San Francisco, California 94111<br>Telephone: (415) 524-4300<br>Facsimile: (415) 391-2058<br><br>Attorneys for Defendants, T. ROWE PRICE GROUP, INC; T. ROWE PRICE INVESTMENT SERVICES, INC.; T. ROWE PRICE SERVICES, INC.; T. ROWE PRICE TRUST COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ASHLEY MORRISON,<br><br>  Plaintiff,<br><br>vs.<br><br>T. ROWE PRICE GROUP, INC.; T. ROWE PRICE INVESTMENT SERVICES, INC.; T. ROWE PRICE SERVICES, INC.; T. ROWE PRICE TRUST COMPANY; and DOES 1-10,<br><br>  Defendants. | CASE NO. C11-2813 EMC  Denying<br><br>**[PR~~O~~OPOSED] ORDER GR~~ANTING~~ T. ROWE PRICE GROUP, INC.; T. ROWE PRICE INVESTMENT SERVICES, INC.; T. ROWE PRICE SERVICES, INC.; T. ROWE PRICE TRUST COMPANY ADMINISTRATIVE MOTION TO CONTINUE MEDIATION DEADLINE** |

The Court has considered Defendants T. ROWE PRICE GROUP, INC.; T. ROWE PRICE INVESTMENT SERVICES, INC.; T. ROWE PRICE SERVICES, INC.; T. ROWE PRICE TRUST COMPANY Administrative Motion to Continue the Mediation Deadline [Civil L.R. 7-11], and has considered Plaintiff's Opposition to the Motion, and good cause appearing therefor,

IT IS HEREBY ORDERED that:

1. 1. T. ROWE PRICE GROUP, INC.; T. ROWE PRICE INVESTMENT SERVICES, INC.; T. ROWE PRICE SERVICES, INC.; T. ROWE PRICE TRUST COMPANY'S Motion is ~~GRANTED~~. DENIED.

2. ~~The mediation deadline will be continued to January 31, 2014 or such other date and time as the Court shall order, to allow the parties to complete mediation.~~ will remain November 6, 2013.

3. Any discovery dispute must be brought to Judge Spero on an expedited basis.

Dated: September 18, 2013



Hon. Edward M. Chen
Judge of the District Court