UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY MORRISON,<br><br>Plaintiff.<br><br>v.<br><br>T. ROWE PRICE GROUP, INC., et al.,<br><br>Defendants. | Case No. 11-cv-02813-EMC (JCS)<br><br>**DISCOVERY ORDER**<br>Re: Dkt. No. 69 |

For the reasons stated on the record at the hearing held on October 22, 2013, the Court orders as follows: (1) within thirty days of this Order, Plaintiff shall produce the entire litigation file of the litigation referred to in the joint letter dated October 2, 2013 ("Estate Litigation"), except for information and documents protected by the attorney client privilege or the attorney work product doctrine; and (2) within thirty days of this Order, Plaintiff shall produce: (a) redacted bills for attorneys' fees and costs incurred in connection with the Estate Litigation and a privilege log that complies with Federal Rules of Evidence, Rule 26, or (b) unredacted bills for attorneys' fees incurred in connection with the Estate Litigation. If Plaintiff chooses to produce the unredacted bills, that production shall not constitute a waiver of the attorney client privilege or the attorney work product doctrine in this action or in any other federal or state proceeding pursuant to Federal Rule of Evidence, Rule 502(d).

IT IS SO ORDERED.

Dated: October 22, 2013

_____
JOSEPH C. SPERO
United States Magistrate Judge