Valarie H. Jonas (SBN 137525)
vjonas@murchisonlaw.com
Alicia M. Gurries (SBN 220225)
agurries@murchisonlaw.com
**MURCHISON & CUMMING, LLP**
275 Battery Street, Suite 550
San Francisco, California 94111
Telephone: (415) 524-4300
Facsimile: (415) 391-2058

Attorneys for Defendants, T. ROWE PRICE GROUP, INC.; T. ROWE PRICE INVESTMENT SERVICES, INC.; T. ROWE PRICE SERVICES, INC.; T. ROWE PRICE TRUST COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ASHLEY MORRISON,<br><br>Plaintiff,<br><br>vs.<br><br>T. ROWE PRICE GROUP, INC.; T. ROWE PRICE INVESTMENT SERVICES, INC.; T. ROWE PRICE SERVICES, INC.; T. ROWE PRICE TRUST COMPANY; and DOES 1-10,<br><br>Defendants. | CASE NO. 3:11-cv-02813-EMC<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT**<br><br>Complaint Filed: May 6, 2011<br>First Amended Complaint Filed: January, 8, 2014<br>Trial Date: None |

Pursuant to Local Rule 6.1(a), the parties hereby stipulate to an extension of time for the Defendants, T. ROWE PRICE GROUP, INC.; T. ROWE PRICE INVESTMENT SERVICES, INC.; T. ROWE PRICE SERVICES, INC.; T. ROWE PRICE TRUST COMPANY (collectively referred to as "T. ROWE PRICE") to respond to Plaintiff's First Amended Complaint filed on January 8, 2014.

**STIPULATION**

WHEREAS, on January 8, 2014, Plaintiff filed a First Amended Complaint. (Document No. 79.)

WHEREAS, a response to the First Amended Complaint by T. ROWE PRICE is currently due on January 24, 2014.

NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for all parties, that the response of T. ROWE PRICE to Plaintiff's First Amended Complaint will be filed and electronically served on or before February 7, 2014.

IT IS SO STIPULATED.

Dated: January 15, 2014

**KAUFHOLD GASKIN LLP**

*/s/ Steven S. Kaufhold*
Steven S. Kaufhold
Attorneys for Plaintiff ASHLEY MORRISON

Dated: January 15, 2014

**MURCHISON & CUMMING, LLP**

*/s/ Valarie H. Jonas*
Valarie H. Jonas
Attorneys for Defendants, T. ROWE PRICE GROUP, INC; T. ROWE PRICE INVESTMENT SERVICES, INC.; T. ROWE PRICE SERVICES, INC.; T. ROWE PRICE TRUST COMPANY

I, Valarie H. Jonas, am the ECF user whose identification and password are being used to file the foregoing STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE. In compliance with General Order 45, X.B., I hereby attest that the above-referenced signatories to this stipulation have concurred in this filing.