Valarie H. Jonas (SBN 137525)
vjonas@murchisonlaw.com
Alicia M. Gurries (SBN 210225)
agurries@murchisonlaw.com
**MURCHISON & CUMMING, LLP**
275 Battery Street, Suite 550
San Francisco, California 94111
Telephone: (415) 524-4300
Facsimile: (415) 391-2058

Attorneys for Defendants, T. ROWE PRICE GROUP, INC.; T. ROWE PRICE INVESTMENT SERVICES, INC.; T. ROWE PRICE SERVICES, INC.; T. ROWE PRICE TRUST COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ASHLEY MORRISON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>T. ROWE PRICE GROUP, INC.; T. ROWE PRICE INVESTMENT SERVICES, INC.; T. ROWE PRICE SERVICES, INC.; T. ROWE PRICE TRUST COMPANY; and DOES 1-10,<br><br>　　　　Defendants. | CASE NO. 3:11-cv-02813-EMC<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Complaint Filed: May 6, 2011<br>Trial Date: December 9, 2013 |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

　　　IT IS HEREBY STIPULATION AND AGREED by and between the parties and/or their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice against the Defendants, T. ROWE PRICE GROUP, INC.; T. ROWE PRICE INVESTMENT SERVICES, INC.; T. ROWE PRICE SERVICES, INC.; T. ROWE

|   |   |   |
|---|---|---|
| 1 | PRICE TRUST COMPANY pursuant to Federal Rules of Civil Procedure | |
| 2 | 41(a)(1)(A)(ii). | |
| 3 | IT IS SO STIPULATED. | |
| 4 | Dated: March _14, 2014 | **KAUFHOLD GASKIN LLP** |

*s/ Steven S. Kaufhold*
Steven S. Kaufhold
Attorneys for Plaintiff ASHLEY MORRISON

Dated: March _14, 2014      **MURCHISON & CUMMING, LLP**

*s/ Valarie H. Jonas*
Valarie H. Jonas
Attorneys for Defendants, T. ROWE PRICE GROUP, INC; T. ROWE PRICE INVESTMENT SERVICES, INC.; T. ROWE PRICE SERVICES, INC.; T. ROWE PRICE TRUST COMPANY

| | |
|---|---|
| 1 | I, Valarie H. Jonas, am the ECF user whose identification and password are |
| 2 | being used to file the foregoing STIPULATION AND [PROPOSED] ORDER TO |
| 3 | SUBMIT THE MATTER TO PRIVATE PRIVATE MEDIATION AND CONTINUE THE |
| 4 | MEDIATION DEADLINE . In compliance with General Order 45, X.B., I hereby |
| 5 | attest that the above-referenced signatories to this stipulation have concurred in this |
| 6 | filing. |

1  I, Valarie H. Jonas, am the ECF user whose identification and password are
2  being used to file the foregoing STIPULATION AND [PROPOSED] ORDER TO
3  SUBMIT THE MATTER TO PRIVATE MEDIATION AND CONTINUE THE
4  MEDIATION DEADLINE .  In compliance with General Order 45, X.B., I hereby
5  attest that the above-referenced signatories to this stipulation have concurred in this
6  filing.

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28