Valarie H. Jonas (SBN 137525)
vjonas@murchisonlaw.com
Alicia M. Gurries (SBN 210225)
agurries@murchisonlaw.com
**MURCHISON & CUMMING, LLP**
275 Battery Street, Suite 550
San Francisco, California 94111
Telephone: (415) 524-4300
Facsimile: (415) 391-2058

Attorneys for Defendants, T. ROWE PRICE GROUP, INC.; T. ROWE PRICE INVESTMENT SERVICES, INC.; T. ROWE PRICE SERVICES, INC.; T. ROWE PRICE TRUST COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ASHLEY MORRISON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>T. ROWE PRICE GROUP, INC.; T. ROWE PRICE INVESTMENT SERVICES, INC.; T. ROWE PRICE SERVICES, INC.; T. ROWE PRICE TRUST COMPANY; and DOES 1-10,<br><br>　　　　Defendants. | CASE NO. 3:11-cv-02813-EMC<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Complaint Filed: May 6, 2011<br>Trial Date: December 9, 2013 |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATION AND AGREED by and between the parties and/or their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice against the Defendants, T. ROWE PRICE GROUP, INC.; T. ROWE PRICE INVESTMENT SERVICES, INC.; T. ROWE PRICE SERVICES, INC.; T. ROWE

PRICE TRUST COMPANY pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

IT IS SO STIPULATED.

Dated: March _14, 2014     **KAUFHOLD GASKIN LLP**

                                      *s/ Steven S. Kaufhold*
Steven S. Kaufhold
Attorneys for Plaintiff ASHLEY MORRISON

Dated: March _14, 2014     **MURCHISON & CUMMING, LLP**

                                      *s/ Valarie H. Jonas*
Valarie H. Jonas
Attorneys for Defendants, T. ROWE PRICE GROUP, INC; T. ROWE PRICE INVESTMENT SERVICES, INC.; T. ROWE PRICE SERVICES, INC.; T. ROWE PRICE TRUST COMPANY

IT IS SO ORDERED
_____
Edward M. Chen
U.S. District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Edward M. Chen]*

I, Valarie H. Jonas, am the ECF user whose identification and password are being used to file the foregoing STIPULATION AND [PROPOSED] ORDER TO SUBMIT THE MATTER TO PRIVATE MEDIATION AND CONTINUE THE MEDIATION DEADLINE . In compliance with General Order 45, X.B., I hereby attest that the above-referenced signatories to this stipulation have concurred in this filing.